04CV80019

DMM/WHITE

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CRIMINAL DIVISION

MAGISTRATE JUDGE WHITE

MICHAEL DAVID HARLAND
**Defendant/Petitioner,**

v.

Case No.: 02-8094-CR MIDDLEBROOKS

UNITED STATES OF AMERICA
**Plaintiff/Respondent,**

## NOTICE OF CHANGE OF ADDRESS

The **Defendant**, Michael David Harland, in proper person, respectfully submits this notice of change of address in the above styled cause and respectfully request this notice in the above referenced case, and to make the same a part of the records therein.

From: Gulf Correctional Institution - Annex
699 Ike Steele Rd (Q3-203)
Wewahitchka, FL 32465

To: PO Box 872
Fresno CA 93712

- i -

Notice To Court.

The Defendant is being held at the above address in California awaiting trial, he will be returned to his previous address in Florida to continue his State sentence that he was serving prior to being extridited to California. The defendant will send the court a change of address form as soon as he is returned to his permanent institution.

Respectfully Submitted

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Change of address has been furnished to:

OFFICE OF THE U.S. ATTORNEY
500 AUSTRALIAN AVENUE SOUTH
SUITE 400
WEST PALM BEACH, FL. 33401

Sign & put
new address
below name

Respectfully submitted,

_____

Send orig. to Clerk of
Dist. Ct.
Copy for U.S. Atty
Copy for your records