UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80019-CIV-MIDDLEBROOKS
(02-80094-CR-MIDDLEBROOKS)
MAGISTRATE JUDGE P.A. WHITE

MICHAEL DAVID HARLAND,           :

    Movant,                      :

v.                               :   INITIAL ORDER
                                     OF INSTRUCTIONS TO
UNITED STATES OF AMERICA,        :   PRO SE LITIGANT

    Respondent.                  :
_____

FILED by _____ D.C.
AG. SEC.

FEB 0 6 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

At the outset of a <u>pro se</u> case, it is essential that the <u>pro se</u> litigant understand certain procedural information. It is thereupon

ORDERED AND ADJUDGED as follows:

1. No letters can be sent to the Clerk of the Court or to any District Judge or Magistrate Judge concerning the case. All letters will be ignored. A <u>pro se</u> litigant may file a motion, a memorandum, any pleading allowed by the procedural rules, or any document ordered by the Court, but no letters will receive a response.

2. A <u>pro se</u> litigant and his or her family, friends or acquaintances must not call any Judge's office for any reason. No

information about the case can be obtained from the Judge's office. Brief case status information contained on the docket sheet may be available from the Clerk of Court, but no Court employee can provide legal advice to any litigant, pro se or otherwise.

3. A pro se litigant must promptly notify the Court in writing of any change of his or her address. This notice must be provided on a paper labeled "Notice of Change of Address" and must include the case number, the litigant's name, and the new address. A copy must be sent to counsel for the opposing side, and the notice shall include a certificate of service that a copy has been sent to counsel for the opposing side. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

DONE AND ORDERED at Miami, Florida this 5th day of February, 2004.

UNITED STATES MAGISTRATE JUDGE

cc: Michael David Harland, Pro Se
    Reg. No. 71965-004 (FDOC No. B00966)
    P. O. Box 872
    Fresno, CA 93712

    U. S. Attorney
    Attn: Sharon Medeiros
    99 N.E. 4th Street
    Miami, FL 33132