```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 04-80019-CIV-MIDDLEBROOKS
                              (02-80094-CR-MIDDLEBROOKS)
                         MAGISTRATE JUDGE P.A. WHITE
```

MICHAEL DAVID HARLAND,          :

    Movant,                 :

v.                              :     ORDER TO MOVANT TO RESPOND
                                      REGARDING LIMITATIONS PERIOD
UNITED STATES OF AMERICA,       :

    Respondent.            :

_____

FILED by _____ D.C.
MAG. SEC.
FEB 0 6 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — MIAMI

This Cause is before the Court on movant's motion to vacate, set aside or correct sentence filed pursuant to 28 U.S.C. §2255, which was referred to the undersigned for report and recommendation. The motion may be barred from consideration by this Court unless the movant demonstrates that one of the following occurred <u>within one year from the date the motion was filed</u>:

    (1) the movant's judgment of conviction became final;

    (2) an impediment to making the motion, which was created by governmental action and which prevented the movant from making the motion, was removed;

    (3) the right which the movant asserts was recognized by the Supreme Court and applies retroactively to §2255 cases, or

    (4) the facts on which the claim is based first were discoverable by the exercise of due diligence.



It is thereupon

ORDERED AND ADJUDGED that the movant file a memorandum, on or before March 5, 2004, stating whether one or more of the four factors listed above justifies consideration of this motion to vacate.

The movant is hereby placed on notice that failure to demonstrate the existence of at least one of the four factors listed above may result in dismissal of the motion to vacate.

DONE AND ORDERED at Miami, Florida, this 5 day of February, 2004.

                                                        UNITED STATES MAGISTRATE JUDGE

cc: Michael David Harland, Pro Se
    Reg. No. 71965-004 (FDOC No. B00966)
    P. O. Box 872
    Fresno, CA 93712

    U. S. Attorney
    Attn: Sharon Medeiros
    99 N.E. 4th Street
    Miami, FL 33132