UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80019-CIV-MIDDLEBROOKS/WHITE
(02-80094-CR-MIDDLEBROOKS)

MICHAEL DAVID HARLAND,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**NOTICE OF REASSIGNMENT**

    **COMES NOW** the United States of America, by and through the undersigned **Assistant United States Attorney**, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Lothrop Morris.

    Respectfully submitted,

    MARCOS DANIEL JIMENEZ
    UNITED STATES ATTORNEY

By: _____
    LOTHROP MORRIS
    Assistant U.S. Attorney
    Bar No. 0095044
    500 Australian Avenue
    West Palm Beach, Florida 33401
    Telephone Number (561)209-1013
    Fax Number (561)820-8777
    lothrop.morris@usdoj.gov

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 8th day of March, 2004, to: Michael David Harland, Pro Se, Reg. No. 71965-004, P.O. Box 872, Fresno, CA 93712.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LOTHROP MORRIS
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney